AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

THELMA HIGUEROS )
*Plaintiff* )
v. ) Case No. 07cv0418(ADS)(ETB)
New York State Catholic Health Plan, Inc. )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

Defendant New York State Catholic Health Plan, Inc. d/b/a Fidelis Care New York

Date: 08/04/2009

*Attorney's signature*

Andrew B. Roth (AR 9016)
*Printed name and bar number*

Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.
666 Third Avenue
New York, New York 10017

*Address*

aroth@mintz.com
*E-mail address*

(212) 935-3000
*Telephone number*

(212) 983-3115
*FAX number*