UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
THELMA HIGUEROS, on behalf of herself
and as class representative of all those similarly situated,

                Plaintiff,

    -against-

NEW YORK STATE CATHOLIC
HEALTH PLAN, INC.,
d/b/a FIDELIS CARE, INC.,

                Defendant.
-----------------------------------------------------------X

No. 07 Civ. 0418 (ADS)(ETB)

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE AS TO THELMA HIGUEROS' FOURTH CLAIM FOR RELIEF**

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that plaintiff Thelma Higueros' fourth claim for relief pursuant to New York Labor Law § 215 is hereby discontinued with prejudice.

Dated: December 2, 2009
New York, New York

Dated: December 2, 2009
New York, New York

FRANK & ASSOCIATES, P.C.
Attorneys for Plaintiff

_____
Peter A. Romero
500 Bi-County Blvd., 112N
Farmingdale, New York 11735
(631) 756-0400
(631) 756-0547 fax

MINTZ LEVIN COHN FERRIS
GLOVSKY and POPEO, P.C.

_____
Jennifer F. DiMarco
The Chrysler Center
666 Third Avenue
New York, New York 10017
(212) 935-3000
(212) 983-3115

**SO ORDERED:**

_____