# FRANK & ASSOCIATES, PC

500 Bi-County Boulevard, Suite 112N, Farmingdale, New York 11735
Tel: (631)756-0400   Fax: (631) 756-0547
E-mail: nfrank@laborlaws.com
www.laborlaws.com

Neil M. Frank                                                                                         Peter A. Romero

September 16, 2010

**VIA ECF**
**AND OVERNIGHT MAIL**

Hon. Arthur D. Spatt
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★   SEP  2010   ★

LONG ISLAND OFFICE

Re:   **Higueros v. New York State Catholic Health Plan, Inc.**
       **07 CV 0418 (ADS) (ETB)**

Dear Judge Spatt:

This firm represents the Plaintiffs in the above-referenced action. We write on behalf of both parties to respectfully request an in-person conference to address the issue raised in Your Honor's September 10, 2010 Order on Motion for Settlement. For the ease of the Court, counsel for both parties are available for a conference on September 21, September 28 and October 1, 2010.

Thank you for your kind consideration of this request.

*Respectfully submitted,*

FRANK & ASSOCIATES, P.C.

Peter A. Romero

An in-Court conference is set for September 28, 2010 at 9:00 a.m.

cc:   Jennifer F. DiMarco, Esq.

U.S.D.J.   9/24/10

MOVANT'S COUNSEL IS DIRECTED TO SERVE A
COPY OF THIS ORDER ON ALL PARTIES UPON
RECEIPT VIA FACSIMILE.

---

THE WORKPLACE LITIGATION LAWFIRM